# EXHIBIT A

US00D966918S

| (12) | United States Design Patent | (10) Patent No.: | US D966,918 S |
|---|---|---|---|
| | Lai et al. | (45) Date of Patent: ** | Oct. 18, 2022 |

(54) **DOORBELL**

(71) Applicant: **Shenzhen Oceanwing Smart Innovations Technology Co., Ltd**, Changsha (CN)

(72) Inventors: **Jihui Lai**, Shenzhen (CN); **Qin Tan**, Shenzhen (CN)

(73) Assignee: **Shenzhen Oceanwing Smart Innovations Technology Co., Ltd**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/763,646**

(22) Filed: **Dec. 23, 2020**

(30) **Foreign Application Priority Data**

Jul. 20, 2020 (CN) .......................... 202030392481.1

(51) **LOC (13) Cl.** .............................................. **10-05**
(52) **U.S. Cl.**
 USPC .................................................... **D10/118.2**
(58) **Field of Classification Search**
 USPC ........... D10/106.6, 106.7, 106.8, 116.1, 118, D10/118.1, 118.2, 121–124, 126; D13/171, 174; D14/358; D16/202, 203, D16/208, 209, 215
 CPC . A63H 30/00; G08B 3/00; G08B 7/00; G08B 13/1436; G08B 3/10; G08B 7/06; G08B 13/1463; G08B 13/1481; G10K 1/00; G10K 3/00; G10K 1/07; G10K 1/10; G10K 1/63; G10K 9/00
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D421,966 S | * | 3/2000 | Allen | D13/174 |
| 6,260,729 B1 | * | 7/2001 | Mitchell | B65D 41/22 |
| | | | | 220/780 |
| D693,710 S | * | 11/2013 | Bachel | D10/70 |
| D760,312 S | * | 6/2016 | Lee | D16/218 |
| D772,735 S | * | 11/2016 | Mansueto | D10/50 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 201830041753 | * | 11/2018 |
| CN | 202030104085.4 | * | 9/2020 |

(Continued)

OTHER PUBLICATIONS

Aosu, published on Oct. 28, 2021 on amazon.com, retrieved from internet on Aug. 9, 2022. <URL:https://www.amazon.com/Doorbell-Wireless-Detection-Homebase-Assistant/dp/B09H2T18WD> (Year: 2021).*

*Primary Examiner* — Joseph Kukella
*Assistant Examiner* — Heather Ann Laaveg Wencl
(74) *Attorney, Agent, or Firm* — Banner & Witcoff, Ltd.

(57) **CLAIM**

The ornamental design for a doorbell, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a doorbell showing our new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a left side view thereof;
FIG. **7** is a right side view thereof;
FIG. **8** is a cross-sectional view taken along line **8-8** of FIG. **2**; and,
FIG. **9** is an enlarged view of the encircled portion **9** indicated in FIG. **8**.
The broken lines depict portions of the doorbell that form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D795,833 S | * | 8/2017 | Zhou | D14/159 |
| D824,385 S | * | 7/2018 | Peiker | D14/496 |
| D853,265 S | * | 7/2019 | Grearson | G08B 13/19621 |
| | | | | D10/118.2 |
| D875,809 S | * | 2/2020 | Huang | D16/202 |
| D897,878 S | * | 10/2020 | Lian | H04N 7/181 |
| | | | | D10/118.2 |
| D917,439 S | * | 4/2021 | Mochizuki | G06T 7/20 |
| | | | | D14/240 |
| D939,991 S | * | 1/2022 | Yang | D10/118.2 |
| D953,907 S | * | 6/2022 | McManigal | D10/118.2 |
| D954,583 S | * | 6/2022 | Russo | B65D 41/22 |
| | | | | D10/118.2 |
| 2012/0003953 A1 | * | 1/2012 | Degelsegger | G08B 13/19621 |
| | | | | 455/404.1 |
| 2018/0053408 A1 | * | 2/2018 | Siminoff | G06T 7/20 |
| 2018/0192008 A1 | * | 7/2018 | Zhou | H04N 7/183 |
| 2021/0099676 A1 | * | 4/2021 | England | H04N 7/181 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 202030392481.1 | * | 12/2020 |
| CN | 202130232308.X | * | 9/2021 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

Case: 1:25-cv-15663 Document #: 1-1 Filed: 12/24/25 Page 12 of 12 PageID #:46



FIG. 9