# EXHIBIT B

US0D1077022S

(12) **United States Design Patent**
Zhang et al.

(10) **Patent No.:** **US D1,077,022 S**
(45) **Date of Patent:** ** **May 27, 2025**

(54) **CAMERA**

(71) Applicant: **Shenzhen Oceanwing Smart Innovations Technology Co., Ltd**, Shenzhen (CN)

(72) Inventors: **Chenyu Zhang**, Changsha (CN); **Jihui Lai**, Shenzhen (CN); **Sangmin Yu**, Shenzhen (CN); **Chengzhe Jin**, Shenzhen (CN)

(73) Assignee: **Shenzhen Oceanwing Smart Innovations Technology Co., Ltd**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/918,232**

(22) Filed: **Nov. 27, 2023**

(30) **Foreign Application Priority Data**

May 30, 2023 (CN) .......................... 202330324651.6

(51) **LOC (15) Cl.** ............................................... **16-01**
(52) **U.S. Cl.**
USPC ........................................................ **D16/203**
(58) **Field of Classification Search**
USPC ....... D16/130, 200, 202–214, 217–219, 229; D10/106.6
CPC .... G03B 17/00; G03B 17/02; G03B 2217/00; H04N 5/225; H04N 5/2251; H04N 5/2252; H04N 1/00265; G08B 13/19617
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D524,834 S * 7/2006 Dozier ........................... D20/19
D582,955 S * 12/2008 Sekine .......................... D16/218

D636,286 S * 4/2011 Khor ............................ D10/118
D788,061 S * 5/2017 Siminoff ................... D10/118.2
D789,819 S * 6/2017 Chen .............................. D10/70
D829,585 S * 10/2018 Siminoff .................. D10/118.2
D833,313 S * 11/2018 Siminoff .................. D10/118.2
D876,519 S * 2/2020 Yannay ........................ D16/218
D966,918 S * 10/2022 Lai ............................ D10/118.2
D967,091 S * 10/2022 Lai ................................ D14/371
D991,310 S * 7/2023 Ding ........................... D16/202
D1,036,228 S * 7/2024 Bi ................................. D8/331
D1,037,044 S * 7/2024 Zhang ....................... D10/118.2

OTHER PUBLICATIONS

YouTube S120 Review, posted Sep. 5, 2023 [online], [retrieved Mar. 17, 2023]. Retrieved from internet, https://www.youtube.com/watch?v=B7ceNsYpGDk (Year: 2023).*

(Continued)

*Primary Examiner* — Barbara Fox
*Assistant Examiner* — Micah A Angel
(74) *Attorney, Agent, or Firm* — Banner & Witcoff, Ltd.

(57) **CLAIM**

The ornamental design for a camera as shown and described.

**DESCRIPTION**

FIG. **1** is a front top perspective view of a camera showing our new design;
FIG. **2** is a rear bottom perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating portions of the camera that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## US D1,077,022 S

Page 2

(56)          **References Cited**

OTHER PUBLICATIONS

Amazon eufy Security Solar Cam S120, posted Sep. 19, 2023 [online], [retrieved Mar. 17, 2025]. Retrieved from internet, https://www.amazon.com/eufy-Security-Activated-Detection-Waterproof/dp/B0CJBT3MN3 (Year: 2023).*

Eufy Solar Wall Light Cam S120 Crutchfield, posted date not available [online], [retrieved Mar. 17, 2023]. Retrieved from internet, https://www.crutchfield.com/S-KQISpQk9Kcy/p_318T81A011/eufy-by-Anker-Solar-Wall-Light-Cam-S120.html (Year: 2025).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8