IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANKER INNOVATIONS TECHNOLOGY CO., LTD; SHENZHEN OCEANWING SMART INNOVATIONS TECHNOLOGY CO., LTD.; ANKER INNOVATIONS LIMITED; and FANTASIA TRADING LLC; <br><br> Plaintiffs, <br><br> v. <br><br> BEIJING SEVEN TALENTS TECHNOLOGY CO., LTD.; AOSU LIFE PTE. LTD. (SINGAPORE); SHENZHEN ZHILING TECHNOLOGY CO., LTD.; GUANGZHOU CHAOYAN TECHNOLOGY CO., LTD.; and HONG KONG GLAZERO INTERNATIONAL TRADE CO., LIMITED; <br><br> Defendants. | Case No. 1:25-cv-15663 <br><br> **JURY TRIAL DEMANDED** <br><br> Hon. Sharon Johnson Coleman |

**JOINT STATUS REPORT**

NOW COME Plaintiffs Anker Innovations Technology Co., Ltd.; Shenzhen Oceanwing Smart Innovations Technology Co., Ltd.; Anker Innovations Limited; and Fantasia Trading LLC (collectively, "Plaintiffs") and Defendants Beijing Seven Talents Technology Co., Ltd.; AOSU Life Pte. Ltd. (Singapore); Shenzhen Zhiling Technology Co., Ltd.; Guangzhou Chaoyan Technology Co., Ltd.; and Hong Kong Glazero International Trade Co., Limited (collectively, "Defendants"), and for their Joint Status Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order of December 30, 2025, state as follows:

1

1.     The Nature of the Case

    A.     <u>Attorneys of Record for Each Party, Including the Lead Trial Attorney</u>

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| Joshua R. Rich (Lead Trial Attorney) | Brooke M. Rotstein (Lead Trial Attorney) |
| Lippes Mathias, LLP | Potomac Law Group, PLLC |
| 332 S. Michigan Ave., Suite 900 | 1300 Pennsylvania Avenue, NW, Suite 500 |
| Chicago, Illinois 60604 | Washington, DC 20004 |
| Phone: (872) 254-5500 | Phone: (224) 300-0249 |
| Email: jrich@lippes.com | Email: brotstein@potomaclaw.com |
| | |
| Celeste M. Butera (*pro hac vice* forthcoming) | Tianqin Zhao |
| Lippes Mathias, LLP | YoungZeal LLP |
| 445 Broadhollow Road, Suite 420 | 9355 John W. Elliott Dr., Suite 25555 |
| Melville, NY 11747 | Frisco, Texas 75033 |
| Phone: (516) 820-1500 | Phone: (585) 748-3732 |
| Email: cbutera@lippes.com | Email: zhao@yzlaw.com |
| | |
| Anna Antonova (*pro hac vice* forthcoming) | Fan Liang (*pro hac vice* forthcoming) |
| Lippes Mathias, LLP | Zhiyu Liang (admitted *pro hac vice*) |
| 420 Lexington Avenue, Suite 2005 | 14th Floor, North Tower, Beijing Kerry Centre |
| New York, NY 10170 | No. 1 Guanghua Road |
| Phone: (332) 345-4500 | Chaoyang District, Beijing 100020 CHINA |
| Email: aantonova@lippes.com | Phone: +86 (10) 8567-5988 |
| | Email: alex_liang@anjielaw.com |
| | liangzhiyu@anjielaw.com |

    B.     <u>The Nature of the Claims Asserted in the Complaint</u>

The plaintiffs assert claims for design patent infringement, trademark infringement, unfair competition and false designation of origin under the Federal Lanham Act, and violation of the Illinois Uniform Deceptive Practices Act. The claims arise out of the defendants' manufacture, distribution, offer for sale, sale, and importation of products (including video doorbells, solar light cameras, and security systems) that fall within the scope of U.S. Patent Nos. D966,918; D1,077,022; and/or are marketed, sold and/or advertised using the trademark HOMEBASE (the subject of U.S. Trademark Reg. No. 7,902,551). The plaintiffs assert that the

defendants collaboratively market the allegedly infringing products in the United States, including through Amazon.com, Walmart.com, Aosulife.com, and other outlets.

    C.    <u>The Major Legal and Factual Issues in the Case</u>

The major legal and factual issues are:

    1.    Whether each of the defendants infringes the plaintiffs' rights under the Patent Act (35 U.S.C. § 1 *et seq.*), the Lanham Act (15 U.S.C. § 1051 *et seq.*), and the Illinois Uniform Deceptive Practices Act (815 ILCS 510).

    2.    Whether each of the defendants infringes the plaintiffs' HOMEBASE trademark and/or has committed unfair competition under the Lanham Act.

    3.    Whether the plaintiffs' patents and registered trademark are valid and enforceable.

    4.    What damages, if any, the defendants' violation of the plaintiffs' rights has caused.

    5.    Whether the plaintiffs are entitled to an injunction.

    6.    Whether any of the defendants should prevail on any claim or defense that may be asserted by them in this case or is entitled to any relief that may be requested by them in this case.

    D.    <u>The Relief Sought by the Plaintiffs</u>

The plaintiffs seek an award of the past damages caused by the defendants' infringement of their rights (including actual damages, defendants' profits from trademark infringement, enhanced and punitive damages, and costs and fees including attorney's fees), as well as an injunction against future infringement. The defendants deny that the plaintiffs are entitled to any such relief.

E. The General Status of the Case

The case is in its early stages. The defendants have waived service of process on January 30, 2026, and have a 90-day period to file responsive pleadings because all defendants are based outside the United States.

**2. Pending Motions and Previously Set Deadlines**

There are no pending motions or previously set deadlines. The defendants anticipate filing a Rule 12(b) motion to dismiss, including for lack of personal jurisdiction and failure to state a claim, within the 90-day period following the waiver of service on January 30, 2026.

**3. Proposed Discovery Schedule**

Plaintiffs' Position: Plaintiffs anticipate taking discovery on the extent and manner of the defendants' manufacture, use, advertisement, marketing, distribution, offer for sale, and sale of accused products; extent and manner of the defendants' use of the HOMEBASE trademark; the defendants' corporate structure and parties working in concert with defendants, as well as each other; financial information related to the defendants' infringement; and related to any defenses raised by the defendants.

Plaintiffs propose the following schedule for discovery and related matters:

| Event | Date |
|---|---|
| Initial Disclosures Due | February 27, 2026 |
| Deadline for Joining Additional Parties | June 30, 2026 |
| Deadline to Amend Pleadings | July 31, 2026 |
| Fact Discovery Cutoff | December 22, 2026 |
| Expert Reports on Issues for which a Party Bears the Burden of Proof | February 19, 2027 |
| Expert Reports on Issues for which a Party Does not Bear the Burden of Proof | April 16, 2027 |
| Reply Expert Reports | May 31, 2027 |
| Expert Discovery Cutoff | July 16, 2027 |

Defendants' Position: The defendants propose staying discovery until the upcoming Rule 12(b) motion and jurisdiction dispute is settled. The defendants intend to raise personal jurisdiction challenges in a motion to dismiss, and discovery is not warranted before those threshold issues are addressed.

**4.** **Trial**

A jury trial has been demanded. The parties anticipate a five-to-seven-day trial.

**5.** **Status of Settlement Discussions**

The parties discussed potential settlement during the initial status report conference. The parties have not reached an agreement at this time but have agreed to continue settlement discussions. The parties do not currently request a settlement conference and are not interested in arbitration or mediation, but will inform the Court if their positions change.

**6.** **Consent to Proceed Before the Magistrate Judge**

After discussion, the parties do not consent to proceed before a Magistrate Judge for all purposes.

February 19, 2026                                                                 Respectfully submitted,

**LIPPES MATHIAS LLP**                                        **POTOMAC LAW GROUP, PLLC**

*/s/ Joshua R. Rich*                                                      */s/ Brooke M. Rotstein*
Joshua R. Rich                                                            Brooke M. Rotstein
332 S. Michigan Ave., Suite 900                              1300 Pennsylvania Avenue, NW
Chicago, IL 60604                                                       Suite 500
Phone: (872) 254-5500                                              Washington, DC 20004
Email: jrich@lippes.com                                           Phone: (224) 300-0249
                                                                                    Email: brotstein@potomaclaw.com
Celeste M. Butera (*pro hac vice* forthcoming)
445 Broadhollow Road, Suite 420                          **YOUNGZEAL LLP**
Melville, NY 11747                                                    Tianqin Zhao
Phone: (516) 820-1500                                            9355 John W. Elliott Dr., Suite 25555

5

Email: cbutera@lippes.com

Anna Antonova (*pro hac vice* forthcoming)
420 Lexington Avenue, Suite 2005
New York, NY 10170
Phone: (332) 345-4500
Email: aantonova@lippes.com

*Attorneys for Plaintiffs Anker Innovations Technology Co., Ltd.; Shenzhen Oceanwing Smart Innovations Technology Co., Ltd.; Anker Innovations Limited; and Fantasia Trading LLC*

Frisco, Texas 75033
Phone: (585) 748-3732
Email: zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**
Fan Liang (*pro hac vice* forthcoming)
Zhiyu Liang (admitted *pro hac vice*)
14th Floor, North Tower
Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020
CHINA
Phone: +86 (10) 8567-5988
Email: alex_liang@anjielaw.com
         liangzhiyu@anjielaw.com

*Attorneys for Defendants Beijing Seven Talents Technology Co., Ltd.; AOSU Life Pte. Ltd. (Singapore); Shenzhen Zhiling Technology Co., Ltd.; Guangzhou Chaoyan Technology Co., Ltd. and Hong Kong Glazero International Trade Co., Limited*

6

## CERTIFICATE OF SERVICE

I, Joshua R. Rich, hereby certify on this date the foregoing Joint Status Report has been served upon all counsel of record via electronic case filing.

                                                 */s/ Joshua R. Rich*
                                                 Joshua R. Rich

Date: February 19, 2026