# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Anker Innovations Technology Co., Ltd., et al.

                        Plaintiff,

v.                                  Case No.: 1:25−cv−15663

                                  Honorable Sharon Johnson Coleman

Beijing Seven Talents Technology Co. Ltd., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 2/24/2026. Counsel for defendants reported that they intend to file a motion to dismiss by Friday, 2/27/2026. Plaintiff shall file a response by 3/27/2026. Defendants shall file a reply by 4/10/2026. Once the matter is fully briefed, the Court shall take it under advisement. Discovery is stayed pending ruling on the motion to dismiss but will proceed on the jurisdictional issues. Case is referred to a Magistrate Judge Holleb Hotaling for discovery supervision and settlement. Magistrate Judge Holleb Hotaling has authority to set/adjust discovery deadlines. An in−person status hearing is set for 7/7/2026 at 9:45 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.