**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Anker Innovations Technology Co., Ltd., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−15663

                                                       Honorable Sharon Johnson Coleman

Beijing Seven Talents Technology Co. Ltd., et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

          MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of Plaintiffs' opposed motion [Dkt. [28]] to expedite jurisdictional discovery. Defendants are to file a response by 3/11/2026. No reply shall be filed without leave of Court. The Court expects to rule via CM/ECF but may set a motion hearing on the same if necessary. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.