# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

| | | |
|---|---|---|
| Anker Innovations Technology Co., Ltd., et al. | | |
| | Plaintiff, | |
| v. | | Case No.: 1:25−cv−15663 |
| | | Honorable Sharon Johnson Coleman |
| Beijing Seven Talents Technology Co. Ltd., et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2026:

    MINUTE entry before the Honorable Keri L. Holleb Hotaling: Due to the Court's schedule, the telephonic status set for 3/31/2026 at 10:30 a.m. is stricken and reset to 3/31/2026 at 11:00 a.m. (TIME CHANGE ONLY). The call in information is 855−244−8681, and the participant access code is 2315 0911 461#.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.