**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Anker Innovations Technology Co., Ltd.; Shenzhen Oceanwing Smart Innovations Technology Co., Ltd.; Anker Innovations Limited; and Fantasia Trading LLC; <br><br> *Plaintiffs*, <br><br> v. <br><br> Beijing Seven Talents Technology Co., Ltd.; AOSU Life Pte. Ltd. (Singapore); Shenzhen Zhiling Technology Co., Ltd.; Guangzhou Chaoyan Technology Co., Ltd.; and Hong Kong Glazero International Trade Co., Limited; <br><br> *Defendants*. | Case No. 1:25-cv-15663 <br><br><br> **JURY TRIAL DEMANDED** <br><br> Hon. Sharon Johnson Coleman |

## NOTICE OF MOTION

TO:    All Counsel of Record
           The Honorable Sharon Johnson Coleman

You are hereby notified that on the 18th day of March, 2026 at 10:00 A.M., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman or any Judge sitting in her stead, in Courtroom 1241 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Defendant's Consolidated Motion to Dismiss Pursuant to Rule 12(B)(2 and 12(B)(6), a copy of which is filed simultaneously.

1

March 13, 2026

Respectfully submitted,

**POTOMAC LAW GROUP, PLLC**

By: */s/Brooke M. Rotstein*
  Brooke M. Rotstein
  1300 Pennsylvania Avenue, NW Suite 500
  Washington, DC 20004
  Phone: (224) 300-0249
  Email: brotstein@potomaclaw.com

**YOUNGZEAL LLP**
Tianqin Zhao
9355 John W. Elliott Dr., Suite 25555
Frisco, Texas 75033
Phone: (585) 748-3732
Email: zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**
Fan Liang (*pro hac vice forthcoming*)
Zhiyu Liang (*admitted pro hac vice*)
14th Floor, North Tower, Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020, China
Phone: +86 (10) 8567-5988
Email: alex_liang@anjielaw.com
    liangzhiyu@anjielaw.com

*Attorneys for Defendants Beijing Seven Talents Technology Co., Ltd.; AOSU Life Pte. Ltd. (Singapore); Shenzhen Zhiling Technology Co., Ltd.; Guangzhou Chaoyan Technology Co., Ltd. and Hong Kong Glazero International Trade Co., Limited*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 13, 2026, the foregoing document was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to all attorneys of record in this case.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

By: */s/Brooke M. Rotstein*
Brooke M. Rotstein

3