# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Anker Innovations Technology Co., Ltd., et al.

Plaintiff,

v.

Case No.: 1:25–cv–15663

Honorable Sharon Johnson Coleman

Beijing Seven Talents Technology Co. Ltd., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: In light of "Defendants' Motion to Reconsider Order Permitting Jurisdictional Discovery and to Stay Such Discovery" before the District Judge [Dkt. 33], the Court strikes the telephonic status hearing set for 03/31/2026 at 10:30am. The Court will reset the telephonic status hearing following a ruling by the District Judge on Defendants' motion to reconsider [Dkt. 33]. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.