**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Anker Innovations Technology Co., Ltd., et al.

Plaintiff,

v.                                                  Case No.: 1:25−cv−15663

Honorable Sharon Johnson Coleman

Beijing Seven Talents Technology Co. Ltd., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 4/15/2026. Plaintiff's motion for extension of time [40] is granted. Response pleadings will be set at a later date. Defendant's motion for reconsideration [33] is taken under advisement. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.