## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Anker Innovations Technology Co., Ltd., et al.

Plaintiff,

v.

Case No.: 1:25−cv−15663

Honorable Sharon Johnson Coleman

Beijing Seven Talents Technology Co. Ltd., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 7/7/2026. For the reasons stated in court, Plaintiffs are directed to file an amended complaint or supplement addressing personal jurisdiction based on sale and delivery of Defendants' allegedly infringing products to the State of Illinois, rather than broad and generic allegations. The Court continues Defendants' motion for reconsideration [33] and motion to dismiss [36] and shall consider the motions after such supplemental information, if any, is presented. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.