# Exhibit 2



16 VIDEOS




Click to see full view

fy Security Store

ecurity, Wi-Fi Doorbell
a, 2K Resolution, No Monthly
ocal Storage, Human
ion, with Wireless Chime—
es Existing Doorbell Wires
stallation Experience, 16-24
) VA

(13,883)

' unavailable.
ιow when or if this item will be back in stock.

- Clear Clarity: Experience superior viewing with 2K
inition resolution and advanced HDR, ensuring
tail is vividly captured.
- nt Human Recognition: AI-powered detection distinguishes humans with precision, minimizing false alerts and providing peace of mind.
- Instant Dialogue: Engage in real-time conversations with visitors through direct two-way audio, offering immediate and clear communication.
- Personalized Alerts: Customize your doorstep announcements with an electronic chime featuring 8 ringtones, holiday themes, and volume control.
- Smart Savings: Enjoy the full suite of features without ongoing costs—no subscription fees, just a one-time purchase for continuous security.

Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.

See Similar Items

Deliver to Hong Kong

Add to List

## Deals on related products

Sponsored

Page 1 of 2



aosu Doorbell Camera Wireless, Local Storage, 5MP Ultra HD, Triple Motion Detection…
93
Limited time deal
-18% $123.49
List: ~~$149.99~~
FREE delivery **Sun, Aug 2** to Hong Kong



Anti-Theft Video Doorbell Mount Compatible with Ring/Blink Wireless…
682
Limited time deal
-17% $9.94
List: ~~$11.99~~
FREE delivery **Sun, Aug 2** to Hong Kong on $35 of eligible items



Arlo Video Doorbell 2K (2nd Gen) Wireless or Wired - 1-Cam + Chime | 2K head-to-toe…
573
Amazon's Choice



aosu 2K Wireless Doorbell Camera with aosuBase, Battery Powered, 2.4G WiFi |…
6,497
Limited time deal
-10% $89.99
Typical: ~~$99.99~~
FREE delivery **Sun, Aug 2** to Hong Kong



GNCC 2K Indoor Security Camera Dog Camera Motion Detection, Cameras for Home…
8,806
Ends in 19:52:24
-10% $12.59
Typical: ~~$13.99~~
FREE delivery **Sun, Aug 2** to Hong Kong on $35 of eligibl items

## Products related to this item

Sponsored

Page 1 of 58



Video Intercom System,9inch Monitor for Video Doorbell Wired,Doorbell with…
37
$80.09
FREE delivery **Mon, Aug 3** to Hong Kong



BOIFUN 2026 Dual Camera 2K Video Doorbell Wireless, Head-to-Toe & Package…
$89.99
FREE delivery **Mon, Aug 3** to Hong Kong



Arlo Video Doorbell 2K (2nd Gen) Wireless or Wired - 1-Cam | 2K head-to-toe video; ...
1,642



Video Intercom System, 7 Inch doorbell with Camera and Monitor, Video doorbell with...
44
$169.99
FREE delivery **Sun, Aug 2** to Hong Kong



Wired Smart Video Doorbell Intercom System,1080P Video Doorbell Camera with…
8
$149.00
FREE delivery **Aug 3 - 8** to Hong Kong
You pay $134.10 with coupor

## From the brand




eufy
SECURITY

At eufy we believe all great smart home products need to be thoughtfully built from the start. From whole-home security to smart cleaning solutions, eufy's technology brings you expert protection and deep cleaning that's tailored to your lifestyle and creates human-first technology that enlivens the lives of everyone around you.

Because care is what makes a house a home, everything we build is built with care for you.

**eufy, Built with Care**




eufyCam S4 4-C
Visit the Store

## Product description




See More

## Product Videos

J. Donnelly
Customer Review: nothing fantastic | See Full Review



eufy Security, Wi-Fi Doorbell Camera, 2K Resolution, No Monthly Fees, Loca…
13883

Sponsored
eufy Security Video Doorbell E34 Dual Cameras, 2K FHD | No…
4144
$149.99

Videos for this product

Now playing 0:32
**Customer Review: nothing fantastic**
J. Donnelly

0:15
**Eufy Security System #amazonlivefinds**
JD Roberto

0:53
**Customer Review: Did not receive a new camera!**
Jorge Alvarez

0:11
**Customer Review: I have had trouble getting a contractor to install it**
Placeholder

0:49
**Customer Review: Hits all my requirements.😉**
K-Boy

**Customer Review: From a Skybell, Nest, Ring prior user....**

## Product information

| | |
|---|---|
| **Product Dimensions** | 4.8 x 1.69 x 0.94 inches |
| **Item Weight** | 3.2 ounces |
| **ASIN** | B07R3WY95C |
| **Item model number** | T8200 |
| **Batteries** | 4 AAA batteries required. |
| **Customer Reviews** | 4.3 (13,883) 4.3 out of 5 stars |
| **Best Sellers Rank** | #1,039,169 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #1,088 in Video Doorbells |
| **Date First Available** | April 22, 2019 |
| **Manufacturer** | Eufy |

### Feedback

Would you like to **tell us about a lower price?**

### What's in the box

- 1x Video Doorbell 2K (Wired), 1x Screw Hole Positioning-Card, 1x Mounting Bracket, 1x 15° Wedge, 1x Jumper for Existing Chime, 2x Extension Wires, 1x Screw Packs, 1x Doorbell Detaching Pin, 1x Electronic Doorbell Chime, 1x Doorbell Power Pin, 1x Quick Start Guide

### Top Brand: eufy Security

**Highly Rated**
100K+ customers rate items from this brand highly

**Trending**
100K+ orders for this brand in past 3 months

**Low Returns**
Customers usually keep items from this brand

**WARNING:** California's Proposition 65

### Products related to this item Sponsored

Page 1 of 58



ANJIELO SMART Peephole Camera, WiFi Video Doorbell Camera with Chime, Motion…
119
-39% $94.99
Typical: ~~$155.99~~
FREE delivery **Aug 3 - 10** to Hong Kong



Wireless Doorbell, Waterproof Full Duplex Doorbell Wireless Upgrade, 1000ft…
46
$62.99
FREE delivery **Mon, Aug 3** to Hong Kong



ANJIELO SMART Wired Video Doorbell with Indoor Monitor,Video Intercom System,…
1
$145.99
FREE delivery **Sun, Aug 2** to Hong Kong



TKMARS Doorbell Camera Wireless No Subscription 1080P, Waterproof Door Bell…
290
-10% $53.99
Typical: ~~$59.99~~
FREE delivery **Sun, Aug 2** to Hong Kong



Arlo Video Doorbell 2K (2nd Gen) Wireless or Wired - 1-Cam | 2K head-to-toe video; ...
1,642

## Brands in this category on Amazon

Sponsored



Reolink



SOVMIKU




## Customer reviews

4.3 out of 5

13,883 global ratings

| | |
|---|---|
| 5 star | 68% |
| 4 star | 16% |
| 3 star | 6% |
| 2 star | 3% |
| 1 star | 7% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the doorbell camera's video quality excellent, with super clear images and high resolution, and appreciate its ease of installation and setup. Moreover, the device offers no monthly subscription fees, making it a great investment. However, the motion and human detection features receive mixed feedback - while some praise the human detection, others note it's not perfect, and while motion detection works well, it can be too sensitive. The reliability of the device also receives mixed reviews, with some reporting it works well while others find it completely unreliable.

Generated from the text of customer reviews

**Select to learn more**

Video quality (1.2K) | Ease of installation (1K) | Quality (907) | No subscription (534) | Value for money (405) | Reliability (1.3K) | Motion detection (612) | Detection (352)

## Reviews with images

See all photos ›










## Top reviews from the United States

MAV

**A surprisingly great competitor to Ring/Nest. Edited to add how it helped me find a thief**

Reviewed in the United States on October 22, 2019

Verified Purchase

Edit to original review: Some neighborhood punk kids decided to steal something off of my porch and they didn't know that I had the video doorbell. I was able to find the kids rather easily since they

weren't that smart and they hung around the neighborhood. I used my iPhone to record my confrontation from them, told them they better take me to their parents instantly or I'm going to call the cops. They took me to their home and I had a chat with their parents about how their kids stole things off of my porch. Without this camera I wouldn't have known who did it, so just for this instance alone it's well worth the money. It's been on 24/7 for the past few months and has worked wonderfully with no issues.

I've wanted a doorbell camera for a while now for various reasons including, but not limited to, dogs doing their business on my lawn, seeing who's coming to my door when I'm not home, but most of all, for people trying to get into my house either through malfeasance or idiocy. It seems like every other week someone was trying to walk into my house by turning the doorknob (particularly at

Read more

10 people found this helpful

Helpful Report

Robert W.

**Awesome camera, even better customer service**

Reviewed in the United States on September 11, 2019

Verified Purchase

I am pretty sure that in the 10 plus years that I have been on Amazon this I can count on one had how many reviews I have left. However, I decided to leave a review of this doorbell camera. All and all I think this is a great camera. It has a very detailed image and it is pretty easy to make out a face from a decent distance away. Installation was simple (I did have to swap out my doorbell transformer due to undervoltage). Setup was even easier. I have noticed through some review that there is a complaint about the HDR. I do not have any issues with it. Due to trees in my yard it is constantly fluctuating between shade and direct sun light, but it still maintains a clean image. The only 2 issues that I have had is with motion detection picking up things outside of my activity zone, and the not recording very long after a motion trigger or ring. The company is very responsive and typically gets back to me after an email within 24 hrs. They have been very helpful in working on these issues with me. Below are some pros and cons.

Pros-

Read more

11 people found this helpful

Helpful Report

BB

**Could've been 5 stars. Comparison to Ring Doorbell Pro.**

Reviewed in the United States on November 8, 2021

Verified Purchase

Overall, pretty happy with this Eufy 2K wired doorbell. This is the second Eufy wired doorbell that I've installed (one for my father and one for me), and this particular Eufy replaced a Ring Doorbell Pro - so most of my review compares the Eufy to the Ring.

Installation process: My Ring was actually a replacement for one that was DOA, and I spent a lot of time on the phone with Ring trying to troubleshoot that first DOA one before determining it was just a bad unit. Installation of the replacement Ring was without too much hassle, but I'd say that installing the Eufy was very straightforward. I'd give the edge to the Eufy. My only real complaint is there are probably lots of people that dump their Ring doorbells for Eufy, and it would've been appreciated if the Eufy mounting plate had the same hole spacing as Ring. (I modified the mounting plate to avoid drilling more holes in my brick, and it was a real challenge and took over an hour to make the mounting plate modifications and get the Eufy to click into place afterward...would've been so easy for Eufy to provide extra mounting holes or slots with their mounting plate to begin with.)

Read more

157 people found this helpful

Helpful Report

Lutz E.

**Excellent doorbell camera (would give it 6 stars if I could)**

Reviewed in the United States on March 19, 2020

Verified Purchase

This will be one glowing review, so there's a short and long version. Pick depending of your level of time/interest.

Short:

1) Connection time: excellent, around 1-2 seconds from the time you receive motion/bell notification to the video stream being up and live!

2) Very intelligent motion "box" you can define where to trigger motion and where not

3) Locally kept data(!). My biggest gripe with Ring Doorbell (more on that below). Eufy keeps your data in YOUR house. No monthly fee, no privacy hassle.

4) Video Quality is excellent, better then Ring for sure, imho.

All told, you will NOT regret it if you buy a Eufy.

Read more



6 people found this helpful

Helpful Report

pmich10

**All Video Doorbells Should Be Like This!**

Reviewed in the United States on May 11, 2020

**Verified Purchase**

Did a lot of research and read reviews before this purchase. I decided to get the hard wire doorbell due to some features like the video goes back several seconds once the doorbell rings vs the wireless. I was worried about the doorbell being on the side of the door and the fact the old doorbell was not 48 inches off the ground as recommended for installation. The bottom of the doorbell itself is 39 inches from the ground, putting the camera about 41 1/2 inches from the ground. I was also concerned about video quality, someone stealing it, etc., etc....

I have to say, once I got it up and running, I wasn't worried about it. I do have to disclose I have another camera actually facing the door and doorbell so if someone does steal it, I have another video of that. I would say if you do a solid install, getting it off the wall is difficult unless someone has the proper tool.

Anyway, the set up was very easy. I bypassed the current doorbell, simply by adding the supplied wire, then connected the two wires from the outside wall to the two wires on the doorbell. I had to

Read more

9 people found this helpful

Helpful Report

PeoplePhobic

**A great video doorbell with no monthly fees.**

Reviewed in the United States on December 3, 2019

**Verified Purchase**

First of all I'd like to say that the video doorbell works quite well. It sends a very prompt alert to my phone which I receive very quickly. Much faster than other video bells I've tried. People are usually ready to leave by the time I get an alert from competing products. Also, they are between $3 and $10 a month. This has no monthly fees.

The main problem I have with it is the color. It would be nice if it came in some other colors or if there were skins for it. If it matched my handle set better or even if the button was just a different color it might give off more of a doorbell vibe. Right now it's giving off more of a security system vibe, which is probably the reason I haven't had any packages stolen from my porch since it's been installed.

My dad lives with me and he doesn't get around so good as he is recovering from a recent operation. Yesterday I was able to talk to his home care nurse at the door and let her know it'd take him a little longer to get to the door while I was out running an errand.

Read more

Helpful Report

Tom Steele

**UPDATE - HAVING PROBLEMS!!!**

Reviewed in the United States on February 26, 2020

**Verified Purchase**

UPDATE: I have purchased two of these. We got one for ourselves and we liked it so much that we got one for my wife's parents. Shortly after we did that, both our Eufy and our in-laws Eufy Doorbell stopped working. Nothing different on our end - they just quit connecting to our routers and they don't work now.

As you can imagine, this is a huge step backwards and not a good thing for our family relations. What a sad change of events and a bad way to win over people. Up until it quit, we were the technology heroes in the family. Now we are just the dummies who steered everyone wrong for an expensive and bad quality device.

Not sure what happened. Is it a bad firmware update or what? But I know that now I have to go to my in-laws and try to get it working again and I have to fix mine as well.

RIGHT NOW I AM VERY DISAPPOINTED...

Read more



18 people found this helpful

Helpful Report

A.J. Gutierrez

**Works perfectly for my needs**

Reviewed in the United States on January 14, 2020

Verified Purchase




I bought this for my family as a Christmas gift; our front door doesn't have a peep hole, so I felt this would help fill that need. Set up was easy and the included instructions were easy to understand. During installation, you have to download the Eufy App and even that will walk you through the install, if need be. I haven't had a need to contact customer support yet, so I don't know how they are, but from other reviews and research I have done in choosing this company, most have said good things about them. I have

Read more

3 people found this helpful

Helpful Report

See more reviews

## Top reviews from other countries

AS

**The best doorbell for value.**

Reviewed in Canada on September 2, 2022

Verified Purchase

If you have WiFi issues, including lag and latency when using this doorbell, or if you have hardware issues with the chime emitting a constant buzz, READ this.

General summary: 5/5 recommend this doorbell.

No subscription is a huge selling point. You don't need a micro SD, though I wish internal storage was a bit larger- but it's ok. Quality is really really nice, both day and night. I find communicating to work fairly well with minimal latency - make sure to speak up and be clear !

WiFi Issues?

For a couple months after install, I was so upset that the latency was SO bad. It would rarely connect, take forever to review footage.. live view was so slow- it made it pointless to be honest. But I found out a couple things. The obvious is that you need a connect to your router fairly close by or a good router in general.

Read more

Report

Soroor Yazdani

**Very good**

Reviewed in the United Arab Emirates on February 28, 2024

Verified Purchase

I am really happy with all Eufy products

Report

Snydley Whiplash

**Great picture and build. Watch out for power issue!**

Reviewed in Canada on April 19, 2021

Verified Purchase

I really like the high res 2K camera, best on the market and the build quality is pretty solid. Installation was easy, but I had to do some chisel work as my old doorbells were installed on slightly angled finishing trim around the door.

Still fiddling with the zones and motion sensitivity to get that right. Really like the audio options and loudness and quality of the plug in chime unit.

Bought one Eufy wired doorbell unit originally and it allowed me to set up no problem. The app indicated I had enough power. Everything seemed OK, except for a couple disconnects, which I restarted the unit and solved each time. In hindsight I think my power was a bit low.

I liked the first one so much that I ordered a second wired cam, a reconditioned one (which seemed good as new) for my back doorbell. One bit of advice is the install ID, serial number on the box of the reconditioned unit is likely not correct. Took me a few tries to realize that it was wrong. I scanned the code on the back of the actual unit and it installed correctly. Another bit of advice is to take a photo

Read more






Report

ankur

**Works as ring and security camera**

Reviewed in Canada on February 10, 2026

Verified Purchase

Works well with the app, we get the notifications in real time. The camera quality is pretty good too. One less star because we have some notifications that get delayed sometimes. Overall its a great product to have as a bell and a security camera.



Report

Coco

**Using this for two years …**

Reviewed in Canada on June 26, 2026

Verified Purchase

This review is after having the product for a couple years.

Bought this doorbell in July 2024 and installed it in August 2024. Worked great until some point in 2025 it updated and randomly disconnected from the wifi. I live in *cold* Canada and attributed that to the weather. When the weather got better, I tried to reconnect the doorbell, but it kept stating that the password was incorrect. Worst part was that the light kept indicating an error so anyone that is familiar with this doorbell (or has google handy) would know that the doorbell is not functioning. Side note: my neighbours got a Telus video security doorbell when mine started tweaking.

It's been dysfunctional for so long, it's being used as a regular ding dong bell. I contacted support and they stated that due to this product being out of warranty, there's nothing that can be done.

This must be a faulty product as the same doorbell purchased in 2023 for a different house still works fine.

Report

See more reviews

Back to top


**Get to Know Us**

- Careers
- Blog
- About Amazon
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Sell products on Amazon
- Sell on Amazon Business
- Sell apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Make Money with Us

**Amazon Payment Products**

- Amazon Business Card
- Shop with Points
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**

- Your Account
- Your Orders
- Shipping Rates & Policies
- Returns & Replacements
- Manage Your Content and Devices
- Help

English | $ USD - U.S. Dollar | United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
AmazonGlobal Ship Orders Internationally
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
PillPack Pharmacy Simplified

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates