## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Anker Innovations Technology Co., Ltd., et al.

                                   Plaintiff,

v.

Beijing Seven Talents Technology Co. Ltd., et al.

                                   Defendant.

Case No.: 1:25−cv−15663

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court hereby sua sponte stays discovery while the parties are briefing and awaiting ruling on the two motions pending before the District Court (Defendants' motion to dismiss [Dkt. 54] and Defendants' motion to reconsider order permitting jurisdictional discovery [Dkt.56]). The Court will revisit this discovery stay after a ruling on these motions, as appropriate. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.