**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Anker Innovations Technology Co., Ltd.; Shenzhen Oceanwing Smart Innovations Technology Co., Ltd.; Anker Innovations Limited; and Fantasia Trading LLC;

*Plaintiffs*,

v.

Beijing Seven Talents Technology Co., Ltd.; AOSU Life Pte. Ltd. (Singapore); Shenzhen Zhiling Technology Co., Ltd.; Guangzhou Chaoyan Technology Co., Ltd.; and Hong Kong Glazero International Trade Co., Limited;

*Defendants*.

Case No. 1:25-cv-15663

**JURY TRIAL DEMANDED**

Hon. Sharon Johnson Coleman

**DEFENDANTS' CONSENTED MOTION TO EXTEND**
**DEADLINES FOR JURISDICTIONAL DISCOVERY AND JOINT STATUS REPORT**

Defendants Beijing Seven Talents Technology Co., Ltd.; AOSU Life Pte. Ltd. (Singapore); Shenzhen Zhiling Technology Co., Ltd.; Guangzhou Chaoyan Technology Co., Ltd.; and Hong Kong Glazero International Trade Co., Limited (collectively, "Defendants"), by their undersigned counsel and with Plaintiffs' consent, respectfully move pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) to extend by fourteen days the deadlines (1) to complete jurisdictional discovery and (2) to file a joint status report in response to the Couirt's September 2, 2026 Order (Dkt. 72). In support of this Motion, Defendants state as follows:

1. On August 31, 2026, the District Court entered an Order denying Defendants' Renewed Motion to Reconsider, permitting limited jurisdictional discovery to proceed, and staying briefing on Defendants' Renewed Consolidated Motion to Dismiss (Dkt. 54) pending completion

of that discovery. Dkt. 70. On September 1, 2026, the District Court clarified that the deadline to complete jurisdictional discovery would be September 30, 2026 rather than Septtember 1, 2026. Dkt. 71.

2. The District Court had previously referred this case to this Court for the purpose of jurisdictional discovery supervision. Dkt. 25.

3. On September 2, 2026, the Court ordered the parties to file an updated joint status report on October 1, 2026, proposing next steps and a corresponding timeline following completion of jurisdictional discovery. Dkt. 72.

4. The parties have commenced discussions concerning a potential stipulation that could potentially resolve the pending personal jurisdiction issues without need for court adjudication. Defendants' counsel has provided Plaintiffs' counsel with a draft stipulation to govern such a potential resolution. The parties are seeking additional time, in part, to see if they can negotiate the terms of such a stipulation, obtain the necessary client approvals, and, if successful in agreeing on the terms of such a stipulation, execute and submit the stipulation for the Court's approval.

5. If finalized and approved, the contemplated stipulation would resolve the personal jurisdiction issues raised in Defendants' Renewed Consolidated Motion to Dismiss and eliminate the need for further jurisdictional discovery. The requested extension will allow the parties to attempt to negotiate that resolution. It will also allow the parties to delay bringing outstanding jurisdictional discovery disputes to this Court that would be mooted if an agreement is reached.

6. Similarly, whether the parties are able to reach agreement on a stipulation to resolve the personal jurisdiction issues will have a significant effect on the next steps following completion of jurisdictional discovery and the timeline for those next steps. Thus, Defendants propose

extending the time for filing the joint status report required pursuant to this Court's September 2, 2026 Order.

7. Good cause exists under Rules 6(b)(1)(A) and 16(b)(4). The parties have used the existing discovery period to exchange discovery and repeatedly meet and confer concerning the jurisdictional discovery issues, and they are actively working on the proposed resolution.

8. A fourteen-day extension is reasonably limited to those needs and may avoid unnecessary discovery disputes and jurisdictional briefing.

9. Plaintiffs have consented to the requested fourteen-day extension of the jurisdictional discovery deadline and the deadline for the parties to submit their joint status report. The extension applies equally to all parties, will not unfairly prejudice either side, and is sought in good faith rather than for purposes of delay.

WHEREFORE, Defendants respectfully request that the Court grant this consented Motion and extend by fourteen days: (1) the jurisdictional discovery deadline for all parties (from September 30, 2026, to October 14, 2026), (2) the deadline for filing the joint status report (from October 1, 2026 to October 15, 2026), and grant Defendants such other and further relief as the Court deems just and proper.

Dated: September 29, 2026

Respectfully submitted,

**POTOMAC LAW GROUP, PLLC**

*/s/ Brooke M. Rotstein*
Brooke M. Rotstein
1300 Pennsylvania Avenue, NW
Suite 500
Washington, DC 20004
Phone: (224) 300-0249
Email: brotstein@potomaclaw.com

**YOUNGZEAL LLP**
Tianqin Zhao
9355 John W. Elliott Dr., Suite 25555
Frisco, Texas 75033
Phone: (585) 748-3732
Email: zhao@yzlaw.com

**ANJIE BROAD LAW FIRM**
Fan Liang (*pro hac vice* forthcoming)
Zhiyu Liang (admitted *pro hac vice*)
14th Floor, North Tower
Beijing Kerry Centre
No. 1 Guanghua Road
Chaoyang District, Beijing 100020
Phone: +86 (10) 8567-5988
Email: alex_liang@anjielaw.com
liangzhiyu@anjielaw.com

*Attorneys for Defendants Beijing Seven Talents Technology Co., Ltd.; Shenzhen Zhiling Technology Co., Ltd.; Guangzhou Chaoyan Technology Co., Ltd.; Hong Kong Glazero International Trade Co., Limited; and AOSU Life Pte. Ltd. (Singapore)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2026, the foregoing document was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to all attorneys of record in this case.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

By: *_/s/ Brooke M. Rotstein_*
Brooke M. Rotstein